# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                  PENSACOLA DIVISION
 3            Case No. 3:19-md-2885-MCR-GRJ
                  Judge M. Casey Rodgers
 4            Magistrate Judge Gary R. Jones
 5
        IN RE:  3M COMBAT ARMS
 6      EARPLUG PRODUCTS LIABILITY
        LITIGATION
 7
        This Document Relates to:
 8      James Ingles
 9      Case No. 7:20cv52539-MCR-GRJ

        _____
10
                 WITNESS:  JAMES INGLES
11      _____
12              The remote videotaped deposition of
13      James Ingles was taken before Janine N. Leroux,
14      Stenographic Court Reporter and Notary Public
15      on Monday, February 28, 2022, commencing at the
16      approximate hour of 9:00 a.m. EST.  Said
17      deposition was taken pursuant to Notice and
18      pursuant to Federal Rules of Civil Procedure 30
19      and MDL 2885 Pretrial Order No. 35.
20
21
22
23
24
25
```

```
 1    APPEARANCES:
 2

      MICHELE VERCOSKI, ESQUIRE
 3    McCUNE WRIGHT AREVALO, LLP
      18565 Jamboree Road, Suite 550
 4    Irvine, California 92612
      mmv@mccunewright.com
 5

      APPEARING ON BEHALF OF THE PLAINTIFF
 6

 7    ALYSSA CLARK, ESQUIRE
      CHRISTOPHER BURRICHTER, ESQUIRE
 8    DECHERT LLP
      Three Bryant Park
 9    1095 Avenue of the Americas
      New York, New York 10036-6797
10    alyssa.clark@dechert.com
      christopher.burrichter@dechert.com
11    APPEARING REMOTELY ON BEHALF OF THE DEFENDANTS
12

13    ALSO APPEARING REMOTELY:
14    DANNY ORTEGA, VIDEOGRAPHER
15

16

17

18

19

20

21

22

23

24

25
```

James Ingles

```
 1        Q.    With Jennifer how do you believe your
 2   relationship with her was impacted by your alleged
 3   injuries?
 4        A.    When I came back from Iraq, I was
 5   diagnosed with PTSD.  I was -- I separated myself
 6   and shut down.  I knew that things were a little
 7   bit more difficult to hear, but not -- it was kind
 8   of in conjunction with not being able to hear
 9   stuff, and then dealing with the PTSD on top of
10   it, you know, with depression, anxiety, all the
11   combat-related stuff that I was going through
12   mentally.
13        Q.    And what year did you come back from
14   Iraq?
15        A.    2010.
16        Q.    When did your hearing loss begin?
17        A.    I was diagnosed in 2010 after I got
18   back.  During the deployment, I knew things were a
19   little bit harder to hear so -- but when you're in
20   a combat zone you don't necessarily just run to
21   the audiologist and say, hey, my hearing is
22   degraded.
23        Q.    When was the first time that you
24   noticed that your hearing was not as good as it
25   used to be?
```

James Ingles

1      A.    I don't have an exact date.  I mean, it
2   was between the 2009-2010 deployment, but more
3   significantly it became more and more apparent
4   when I came home.  There were less distractions
5   other than running combat missions.
6      Q.    Prior to your Iraq deployment, have
7   ever noticed any diminished hearing?
8      A.    I'm sorry, say again?
9      Q.    Prior to your Iraq deployment, did you
10  ever notice any diminished hearing?
11     A.    No.
12     Q.    You said that you have two children.
13  Could you please tell me their names and ages?
14     A.    Anissa Ingles-Medina, she's 18.  And
15  Blake Ingles, he's 6.
16     Q.    Do both your children live with you?
17     A.    They do.
18     Q.    Has there ever been a period of time
19  when -- when your daughter did not live with you?
20     A.    We had -- I had shared parenting with
21  her so it was 50/50.  So she was with her mom.
22  They kind of rotated on a two-week schedule to
23  where it was balanced out to where it was five
24  days each.  And then she's 18 so when she turned
25  18, she moved out and lived with her boyfriend for

```
 1          A.    I mean, there have been circumstances

 2    where you get out of the car and the officer has

 3    left their siren on as you're running past chasing

 4    somebody on foot.  But not to the extent where to

 5    you're standing in front of a police cruiser with

 6    his siren just blaring.

 7               MS. CLARK:  Do you mind if we take a

 8          quick five-minute break?

 9               THE WITNESS:  Sure.

10               MS. CLARK:  Can we go off the record,

11          please?

12               THE VIDEOGRAPHER:  The time right now

13          is 9:44 a.m.  We are off the record.

14               (Thereupon a break was taken.)

15               THE VIDEOGRAPHER:  The time right now

16          is 9:51 a.m.  We are back on the record.

17    BY MS. CLARK:

18          Q.    Mr. Ingles, who is your current

19    supervisor?

20          A.    My current supervisor is Stephen Carr.

21          Q.    And what is your badge number?

22          A.    My badge is 5349.

23          Q.    And is your wife also a police officer?

24          A.    She is.

25          Q.    You first enlisted in the Army in 1996,
```

James Ingles

1      is that correct?

2              A.      Correct.

3              Q.      Where did you enlist?

4              A.      Atlanta, Georgia.

5              Q.      And you remained a part of the Army

6      until your discharge in 2015?

7              A.      Correct.

8              Q.      Were you in the reserves for a portion

9      of that time?

10             A.      Yes.  I did three years of active duty

11     time and then the rest were in the Ohio -- or, I'm

12     sorry, the Georgia National Guard and then the

13     Ohio Army National Guard.

14             Q.      When did you switch from the Georgia

15     National Guard to the Ohio National Guard?

16             A.      When I moved from Atlanta, I believe it

17     was 2000, I moved from Georgia to Ohio.

18             Q.      Is it correct that you were on active

19     duty from November of 1996 through November 1999?

20             A.      Correct.

21             Q.      And then you were also on active duty

22     from July of 2004 through March 2005?

23             A.      Correct.

24             Q.      And May 2009 through May 2010?

25             A.      Correct.

James Ingles

1    been before that timeframe somewhere because I

2    don't recall ever being back on a tank after I

3    came back from Kosovo because of our

4    reorganization.

5        Q.    So you were on tanks in Kosovo but you

6    were not on tanks --

7        A.    No, no, no, no.

8        Q.    Okay.

9        A.    I was not on tanks at all.  We did a UN

10    peacekeeping mission which was totally different.

11    We walked around and did patrols.  The last time I

12    was physically on a tank that was prior to me

13    being activated for that Kosovo deployment in

14    2004.

15        Q.    Understood.  So there was never a point

16    in time that you were on a tank during any of your

17    deployments?

18        A.    Not on -- not during the National

19    Guard.  During active duty time, yes.

20        Q.    Great.  We will go to that now.  You

21    were deployed three times, is that correct?

22        A.    Three times for the National Guard,

23    yes.  Four times -- four depending on how you want

24    to look at it.  Four times, four total.

25        Q.    Will you please list your deployments

James Ingles

```
 1          A.     The Combat Arms, yes, correct.

 2          Q.     What year did you receive the Combat

 3     Arms?

 4          A.     I don't remember like the exact date,

 5     but it was like either the -- 2008 or 2009

 6     whenever we began our train-up and for the Iraq

 7     deployment in 2009/2010, that was when we started

 8     seeing a lot more new equipment which was at the

 9     time when we also got the -- the Combat Arms

10     Earplugs.

11          Q.     Was there ever a period of time where

12     you were switching between the orange earplugs and

13     the Combat Arms Earplugs?

14          A.     Do you mean like rotating back and

15     forth alternating?

16          Q.     Correct.

17          A.     No.  No.

18          Q.     Which -- strike that.

19                 Which base were you located at when you

20     received the Combat Arms Earplugs?

21          A.     I do believe it was Camp Shelby,

22     Mississippi.  Now, again, it could have been at my

23     armory prior to -- it's kind of weird.  Like for

24     your train-up, you get issued some equipment at

25     your unit.  Or when you get activated, you do your
```

```
 1    train-up before you go into theater and you get a
 2    ton more of equipment.  I don't recall which one
 3    was which, but I am pretty sure it was Camp
 4    Shelby, Mississippi.
 5         Q.    And you received the Combat Arms in the
 6    2008 or 2009 while preparing to deploy to Iraq?
 7         A.    Correct.
 8         Q.    If I were to walk through the bases
 9    that you were stationed at, you said that you
10    attended basic training in Kentucky, is that
11    correct?
12         A.    Correct.
13         Q.    And that was in 1996?
14         A.    Correct.
15         Q.    How long did that last?
16         A.    I think like four or five months.
17         Q.    And where did you go after Kentucky?
18         A.    I was at Camp Casey, Korea.
19         Q.    Was that in 1997?
20         A.    '97, yeah, to '98.
21         Q.    Where were you after Korea?
22         A.    Fort Stewart, Georgia.
23         Q.    And that was in 1998?
24         A.    1998 until I got off active duty,
25    correct.
```

1     replacement set?

2          A.    I don't recall exactly when it was.  I

3     mean it could have been in theater for all I

4     remember.

5          Q.    But the only distinct memory you have

6     of receiving the Combat Arms Earplugs is the

7     initial time that you were issued them, which you

8     know is generally before your deployment to Iraq?

9          A.    I recall being issued them.  I recall

10    getting a second set at some point.  I just can't

11    recall whether it was while we were doing our

12    train-up or while I was in theater, or for all

13    that matter it could have been well after we

14    returned from the deployment.

15         Q.    Do you know at which base you were

16    issued your first pair of Combat Arms?

17         A.    Again, I don't -- I don't remember if

18    it was while I was at our home station while we

19    were doing our like load-out and train-up for

20    there or whether or not it was actually at Camp

21    Shelby, Mississippi.  I believe it was Camp

22    Shelby, Mississippi that we actually got it with

23    like a lot of the newer equipment.

24         Q.    Do you recall who issued the Combat

25    Arms Earplugs to you?

James Ingles

```
 1          A.    Not by name.  No like -- it was a

 2     supply sergeant or it was the -- I'm drawing a

 3     blank on what they call it.  Basically when you go

 4     through and you get all your new equipment for the

 5     deployment, you basically hit all these stations,

 6     okay?  I'm getting my body armor.  I'm getting

 7     this.  I'm getting that.  It could have been at

 8     that or it could have through my supply sergeant.

 9     I don't recall exactly at the time who gave it to

10     us.

11          Q.    And under those circumstances they

12     would have been issued to you by somebody in the

13     military?

14          A.    Correct.

15          Q.    Were you fitted for your first pair of

16     Combat Arms Earplugs?

17          A.    Fitted as in like they measured my ear?

18          Q.    Yes.  Fitted as in something beyond

19     handing you the earplugs.

20          A.    No.

21          Q.    Just to confirm, so when you received

22     the Combat Arm earplugs and you were handed the

23     earplugs, were they in some kind of packaging?

24          A.    To be honest with you, I don't -- I

25     don't recall.  I don't -- there's probably a good
```

James Ingles

1    them to make sure you had a better fit.

2         Q.    When did you stop wearing Combat Arms

3    Earplugs?

4         A.    When I was diagnosed with hearing loss

5    in 2010, I went out and purchased my own hearing

6    protection which were like the Peltor electronic

7    noise-cancelling headsets that I would use in

8    conjunction with the foamies.

9         Q.    Did you wear those Peltor earmuffs when

10   you were deployed in Afghanistan from 2011 to

11   2012?

12        A.    I wore them during the train-up.  I was

13   a first sergeant.  I didn't really -- I sat in an

14   office most of the time in Afghanistan, so I

15   didn't really need hearing protection for that.

16        Q.    And so to confirm, you were wearing

17   Combat Arms Version 2 from 2008 or 2009 through

18   2010, is that correct?

19        A.    Correct.

20        Q.    Were there any other times that you

21   wore them?

22        A.    Not that I recall.  I recall seeing

23   them in Kosovo being circulated, but I didn't have

24   any.  There were some soldiers -- it just depends

25   on where soldiers got stuff.  You could go to

James Ingles

1    pretty much any supply and get them.  I never had

2    them, but I know that there were people that did

3    have them, so that was the only time.

4         Q.    When you first received the Combat Arms

5    Earplugs, did you receive any verbal instructions

6    on how to use them?

7         A.    I -- I don't remember if like -- it

8    wasn't like a full-blown class.  I remember being

9    kind of schooled on, hey, yellow side go in if you

10   want to hear people talking, it still reduces

11   noise.  If you want full blockage of -- of sound,

12   you flip it over and you put the green in.

13        Q.    Who provided those instructions to you?

14        A.    Whoever issued them to me.  Like I

15   said, it wasn't like a full-scale class or

16   anything like that.

17        Q.    Did the verbal instructions include a

18   demonstration?

19        A.    No, there was no demonstration.  The

20   concept was the same for the earplugs.  Based off

21   of what we had for basic training, it's always

22   been assumed that the concept is the same.

23        Q.    Did you receive any written

24   instructions on the Combat Arms Earplugs?

25        A.    I don't remember if I did or not.  So I

James Ingles

```
1    couldn't say one way or another.
2         Q.   Did anyone instruct you on the fit of
3    the Combat Arms Earplugs?
4         A.   Could you explain what you mean by "the
5    fit"?
6         Q.   All right.  You described earlier with
7    the foamies that you were supposed to tug on them
8    to make sure they that didn't fall out.  Did you
9    receive any type of similar instruction for the
10   Combat Arms Earplugs?
11        A.   I don't remember if I did or not.
12   That's always been the same for all earplugs.  You
13   make sure you pull on them so that they -- make
14   sure that they are not falling out, that they're
15   secure and that they have a good seal in the ear.
16        Q.   Did you receive any instruction on
17   folding back the flanges of the -- the opposite
18   end that was sticking out of your ear to
19   potentially improve the fit?
20        A.   I don't recall.
21        Q.   Did you ever fold back the flanges on
22   your Combat Arms Earplugs?
23        A.   To be honest, I don't recall.
24        Q.   Do you recall ever seeing anybody that
25   you served with folding back the flanges on their
```

James Ingles

```
 1    hearing protection?
 2         A.    I don't remember if I did or not.  I
 3    mean, if they had it on a checklist, they had it
 4    on a checklist.  And if they didn't have it, then
 5    -- hearing protection is a Class 9 item.  If they
 6    didn't have it, it was we'll go get you some more.
 7         Q.    Was there ever an occasion where you
 8    were encouraged not to wear hearing protection by
 9    anybody?
10         A.    Never.
11         Q.    And you said earlier that you don't
12    recall seeing any written statements or any
13    particular packaging for your Combat Arms.
14         A.    I don't remember.
15         Q.    Have you ever seen any advertisements
16    for the Combat Arms Earplugs?
17         A.    Can you explain like before or after or
18    what are you -- can you clarify that?
19         Q.    At any point in time before you were
20    using the Combat Arms Earplugs or while you were
21    using the Combat Arms Earplugs, did you see any
22    advertisements for them?
23         A.    No, not that I remember.
24         Q.    I know you mentioned this a moment ago,
25    but will you please re-describe for me what your
```

1    have noise-cancelling protection around it that

2    would not require me to wear both.

3        Q.    What type of weapon would you typically

4    fire when you were at the range wearing the Combat

5    Arms Earplugs?

6        A.    M4 rifle.  I mean, we qualify with the

7    M4.  We qualify with the pistol.  We qualify with

8    a shotgun, but my primary weapon was an M4 rifle.

9        Q.    How many rounds would say you'd fire

10   while you were at the range, for the M4

11   specifically?

12       A.    It just depends.  So it could be for

13   qualification you might fire 50 rounds.  If you're

14   out doing different types of qualification or

15   maneuvers for certification, then you'd fire

16   hundreds of rounds.  If you're in a shoot house,

17   you could fire hundreds of rounds inside of a

18   shoot house.  So it just depends.

19       Q.    Will you explain what a shoot house is?

20       A.    That's just like when you go in and

21   clear a house in like urban operations.

22       Q.    Did you also use -- strike that.

23            What was the first occasion that you

24   have a recollection of wearing the Combat Arms

25   Earplugs?

1      A.    Again, I -- somewhere during the time

2    for the train-up for the deployment to Iraq during

3    that 2008/2009 timeframe.

4      Q.    And would that have been in Mississippi

5    or a different state?

6      A.    Again, I don't recall if I was issued

7    them before I left the State of Ohio from my

8    supply unit or whether or not I was issued them at

9    Mississippi.  It was most likely that it was

10   Mississippi is when I was issued those with all

11   the other new equipment.

12     Q.    If you had been issued them in Ohio,

13   would you have worn them in Ohio prior to going to

14   Mississippi?

15     A.    If I -- if there was a need for hearing

16   protection, absolutely.

17     Q.    Do you have a specific memory of

18   wearing the Combat Arms Earplugs in Ohio prior to

19   going to Mississippi?

20     A.    To be honest with you, I can't

21   remember.  I don't think so, but again that's why

22   I said most likely it was Mississippi.  I -- I

23   just don't remember.

24     Q.    I understand.

25            Do you have a specific memory of

1    noticed?

2        A.    I don't recall exactly when it was --

3    was, and I probably would have never noticed if my

4    guys didn't have to keep repeating themselves.

5    And then you don't even want to know the comments

6    they would say or jokes as to why I couldn't hear.

7    But -- but people started pointing out that they

8    had to repeat stuff, and like you never listen to

9    me.  So that's when I -- I realized that, yeah,

10   there's probably a little bit of an issue here.

11       Q.    Do you recall any similar instances

12   during the train-up to Iraq?

13       A.    I don't really recall.  And when I say

14   that with me noticing the hearing loss, that's

15   with the deployment and in conjunction with the

16   train-up.  I don't know at what point I started

17   noticing like when people started pointing it out,

18   but sometime during that timeframe.

19       Q.    Do you recall any instances of people

20   telling you that you couldn't really hear them

21   prior to your train-up for Iraq?

22       A.    No.

23       Q.    Did you ever raise any concerns about

24   the Combat Arms Earplugs during your military

25   service?

```
 1         A.    No, I didn't.  It was a very short
 2    window when I came home.  When I came home from
 3    Iraq, I was gearing up to go to Afghanistan.  So I
 4    started the medical evaluation process shortly
 5    after I returned, and that's when I found out I
 6    had hearing loss, so...
 7              There was nobody really to complain to
 8    to say, hey, these earplugs don't work or, hey,
 9    they're causing ringing.
10         Q.    Did an Army audiologist recommend that
11    you change earplugs at any point in time?
12         A.    During the deployment or prior to, no.
13    After I was diagnosed with hearing loss and -- not
14    an Army audiologist but he said, you know, you
15    might want to look into some -- some hearing
16    protection and wear it frequently any time that
17    you're around -- to preserve -- preserve what
18    hearing you have.
19              And then they said that, you know,
20    there are electronic ones out there, too, and
21    that's what kind of made me look into that for the
22    like --
23         Q.    What was it that -- oh, I apologize.
24    Continue.
25         A.    It was -- it was some specialist that
```

```
 1                    CERTIFICATE

 2

 3          I, JANINE N. LEROUX, Court Reporter and

 4   Notary Public, certify that the facts stated in the

 5   caption hereto are true, and that at the time and

 6   place stated in said caption the witness named in

 7   the caption hereto remotely appeared before me.

 8

 9          I further certify that after being duly

10   sworn by me the witness was examined by counsel

11   for the parties, and that said testimony was taken

12   in stenotype by me and later reduced to

13   computer-aided transcription, and that the

14   foregoing is a true record of the testimony given

15   by said witness.

16          The foregoing deposition has been

17   submitted to the witness for reading and signing.

18

19

20

21

22

23   JANINE LEROUX - COURT REPORTER

     NOTARY PUBLIC

24

25
```