# EXHIBIT 2

```
  1                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF FLORIDA
  2                     PENSACOLA DIVISION

  3

  4    Case No. 3:19-md-02885

  5    - - - - - - - - - - - - - - - - - - -X
       IN RE 3M COMBAT ARMS EARPLUG             : Judge
  6    PRODUCTS LIABILITY LITIGATION            : M. Casey Rodgers
                                                :
  7                                             : Magistrate Judge
                                                : Gary R. Jones
  8    This Document Relates to:                :
       James Ingles                             :
  9    Civil Case No. 7:20-cv-52539-MCR-GRJ,    :
       - - - - - - - - - - - - - - - - - - -X
 10

 11

 12

 13

 14           Deposition of DR. STEVEN B. LEVINE taken
       via videoconference before Clifford Edwards,
 15    Certified Shorthand Reporter and Notary Public, on
       May 31, 2022, at 10:18 a.m.
 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

```
 1   A P P E A R A N C E S:   (all via videoconference)
 2   ON BEHALF OF THE PLAINTIFF:
 3     TUAN Q. NGUYEN, ESQ.
        McCUNE WRIGHT AREVALO, LLP
 4     18565 Jamboree Road, Suite 550
        Irvine, California  92612
 5     tgn@mccunewright.com
 6
 7   ON BEHALF OF THE DEFENDANTS 3M COMPANY, 3M
     OCCUPATIONAL SAFETY LLC, AEARO TECHNOLOGIES LLC,
 8   AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AND AEARO
     LLC:
 9
        MARA CUSKER GONZALEZ, ESQ.
10      ALYSSA CLARK, ESQ.
        DECHERT LLP
11      Three Bryant Park
        1095 Avenue of the Americas
12      New York, New York  10036
        mara.cuskergonzalez@dechert.com
13      alyssa.clark@dechert.com
14
15
16
17
18
19
20
21
22
23
24
25
```

 1          Q     Or show you anything during the
 2     interview?
 3          A     No.
 4          Q     Did you make any recommendations to
 5     Mr. Ingles for further medical treatment or
 6     assessment?
 7          A     No.
 8          Q     And you didn't speak with any of
 9     Mr. Ingles' family members in connection with
10     providing your opinions in this case; correct?
11          A     Correct.
12          Q     You would agree that your interview with
13     Mr. Ingles was not a medical consultation; correct?
14          A     Correct.
15          Q     And, Dr. Levine, you are not offering an
16     opinion in this case that Mr. Ingles' use of the 3M
17     Combat Arms earplug version two hearing protection
18     device caused his hearing loss, are you?
19          A     Noise exposure caused his hearing loss.
20     What I question here is what hearing protection
21     device protected him and did not protect him.
22          Q     So just to be clear, you are not opining
23     that his use of the 3M earplugs at issue in the case
24     caused him hearing loss; correct?
25          A     Let me -- let me restate that, if I

```
 1   might.
 2           If Mr. Ingles was using a hearing
 3   protective device and had the assumption of
 4   information that that device was protective and
 5   would protect him from losing hearing, then I am --
 6   my report is really about a soldier relying upon a
 7   device to protect him and the device ultimately not
 8   protecting the hearing loss.
 9       Q   What -- we can pull up your report, but
10   what portion of your report opines that a hearing
11   protection device that Mr. Ingles used did not
12   protect him?
13       A   I don't believe I stated that
14   specifically.
15       Q   You are not offering the opinion that
16   Mr. Ingles would have no hearing loss but for his
17   use of the 3M Combat Arms earplugs version two;
18   correct?
19       A   I cannot reach that conclusion.
20       Q   And Mr. Ingles had other potential causal
21   factors for his hearing loss independent from his
22   use of the Combat Arms earplugs version two;
23   correct?
24               MR. NGUYEN:  Vague and ambiguous.
25               Lacks foundation.
```

```
 1              we need to fix our documents and we'll --
 2              we can come back with some deposition
 3              testimony to show you as well.
 4                   So let's go off the record for about
 5              ten minutes or longer if anybody needs
 6              it.
 7                   MR. NGUYEN:  Okay.  That sounds
 8              fine.
 9                   MS. GONZALEZ:  Thank you.
10                   (Whereupon, there was a recess taken
11                   from 12:14 p.m. to 12:26 p.m.)
12   BY MS. GONZALEZ:
13       Q    Dr. Levine, this is the audiogram chart
14   in your report; correct?
15       A    Yes.
16       Q    And I'm not sure if you can read it, I
17   know it's small, but do you see the February 3rd,
18   2007, data that you highlighted in your report?
19       A    Yes.
20       Q    And you highlighted that because that was
21   the first significant threshold shift for Mr. Ingles
22   in his audiogram history?
23       A    Yes.
24       Q    And that was in his left ear only;
25   correct?
```

Case 7:20-cv-52539-MCR-GRJ   Document 12-2   Filed 07/21/22   Page 7 of 7
Dr. Steven B. Levine

1      C E R T I F I C A T E

2      I, Clifford Edwards, Certified Shorthand

3   Reporter, do hereby certify that prior to the

4   commencement of the examination, the witness was

5   duly remotely sworn to testify to the truth, the

6   whole truth and nothing but the truth.

7      I DO FURTHER CERTIFY that the foregoing is a

8   verbatim transcript of the testimony, that said

9   deposition was taken by me stenographically at the

10  time and date hereinbefore set forth, and the

11  foregoing is a true and accurate transcript of the

12  testimony.

13     I FURTHER CERTIFY that I am neither of counsel

14  nor attorney to any of the parties to said suit, nor

15  am I an employee of any party to said suit, nor of

16  any counsel in said suit, nor am I interested in the

17  outcome of said cause.

18     Witness my hand and seal as Notary Public this

19  9th day of June, 2022.

20

21  _____

22               Clifford Edwards

23               Notary Public

24  My commission expires: 9/30/2026

25